IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

FOREMAN ELECTRIC SERVICES, INC.                                              PLAINTIFF

v.                                  Case No. 4:19-cv-4157

HALIRON POWER, LLC                                                           DEFENDANT

## **ORDER**

Before the Court is an Unopposed Motion to Withdraw filed by Dick R. Holland. (ECF No. 34). Mr. Holland requests to be relieved as counsel of record for Defendant. Mr. Holland states that Defendant will continue to be represented by its other counsel of record.

Upon consideration, the Court finds that the motions (ECF No. 34) should be and hereby are **GRANTED**. Dick R. Holland is hereby relieved as counsel of record for Defendant. The Clerk of Court is **directed** to remove Mr. Holland from the CM/ECF notification system for this case. Defendant shall continue to be represented by its other counsel of record.

**IT IS SO ORDERED**, this 7th day of February, 2020.

>                                    /s/ Susan O. Hickey
>                                    Susan O. Hickey
>                                    Chief United States District Judge