IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

FOREMAN ELECTRIC
SERVICES, INC.                                                                                             PLAINTIFF

v.                                       Case No. 4:19-cv-4157

HALIRON POWER, LLC                                                                        DEFENDANT

## ORDER

On February 20, 2019, Plaintiff filed this breach-of-contract case against Defendant. The case was removed to federal court and subsequently transferred to this Court. On April 28, 2020, Defendant filed an amended answer that contained newly raised counterclaims.

On June 4, 2020, Plaintiff filed a motion to transfer venue pursuant to 28 U.S.C. § 1404(a). Defendant has responded. Upon review of the parties' briefing papers, the Court finds that a reply brief would be helpful. Plaintiff is hereby **ORDERED** to file a reply brief in further support of its motion **within seven days of the date of this order**. Plaintiff's reply may address any part of Defendant's response that Plaintiff wishes. However, the Court would find it particularly helpful if Plaintiff would address Defendant's contention that the parties' Subcontract did not incorporate by reference the Prime Contract's forum-selection clause.

**IT IS SO ORDERED**, this 28th day of July, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge