IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

FOREMAN ELECTRIC SERVICES, INC.                                    PLAINTIFF

v.                            Civil No. 4:19-cv-4157

HALIRON POWER, LLC,
WILLIAM WEEMS,
LYNN WEEMS a/k/a JESSICA LYNN
WEEMS, DIVINE POWER, LLC., JHL
RENTAL LLC, HOLDEN TRAFFIC LLC,
and ARROWHEAD ESTATES LLC                                          DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Under Seal Exhibit 1 to Plaintiff's Response in Opposition to Motion to Remove Lis Pendens. (ECF No. 178). Plaintiff moves to file an exhibit in support of its response under seal because it contains information that the Court has designated as confidential in its Protective Order. (ECF No. 76). Upon consideration, the Court finds that Plaintiff's Motion for Leave to File Under Seal (ECF No. 178) should be **GRANTED**. Plaintiff is permitted to file under seal an unredacted copy of Exhibit 1 to its Response in Opposition to the Motion to Remove Lis Pendens.

**IT IS SO ORDERED**, this 9th day of December, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge