IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

FOREMAN ELECTRIC SERVICES, INC.                                    PLAINTIFF

v.                                    Case No. 4:19-cv-4157

HALIRON POWER, LLC;
WILLIAM WEEMS;
LYNN WEEMS a/k/a JESSICA LYNN
WILLIAMS; DIVINE POWER, LLC; JHL
RENTAL LLC; HOLDEN TRAFFIC LLC;
and ARROWHEAD ESTATES LLC                                          DEFENDANTS

# ORDER

Before the Court is Plaintiff's Motion to Strike Reply. (ECF No. 188). Defendant Arrowhead Estates LLC has responded. (ECF No. 189). The matter is ripe for consideration.

Arrowhead Estates has filed a motion to remove lis lindens. (ECF No. 172). Plaintiff responded in opposition to that motion. (ECF No. 176). Without seeking leave of the Court, Arrowhead Estates then filed a reply. (ECF No. 179).

Afterwards, Plaintiff filed the instant motion, asking the Court to strike Arrowhead Estates' reply for failure to first obtain the Court's permission to file it, as required by this case's Final Scheduling Order. Arrowhead Estates responds that its failure to seek the Court's leave was inadvertent and, if necessary, asks for retroactive leave to file its reply brief.

The Court will allow the reply. Accordingly, Plaintiff's motion to strike (ECF No. 188) is hereby **DENIED**. Arrowhead Estates has already filed its reply, so no further action is needed. The parties are reminded to seek leave in the future if they wish to file a reply brief outside of the summary judgment context. Failure to do so could lead to the unauthorized brief being stricken from the record or otherwise being disregarded.

**IT IS SO ORDERED**, this 24th day of February, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge