IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

FOREMAN ELECTRIC SERVICES, INC.                                                                PLAINTIFF

v.                                              Case No. 4:19-cv-4157

HALIRON POWER, LLC;
WILLIAM WEEMS;
LYNN WEEMS a/k/a JESSICA LYNN
WILLIAMS; DIVINE POWER, LLC; JHL
RENTAL LLC; HOLDEN TRAFFIC LLC;
and ARROWHEAD ESTATES LLC                                                                     DEFENDANTS

**ORDER**

Before the Court is a Motion to Withdraw as Counsel for Separate Defendant Lynn Weems (ECF No. 203), filed by Ralph K. Burgess, Mark C. Burgess, and John Mark Burgess.  They seek to withdraw as counsel of record in this case based on a conflict of interest that has recently arisen.  They have provided Separate Defendant Lynn Weems' contact information to the Court:  6602 Owl Cove Circle, Texarkana, AR 71854.

The motion to withdraw as counsel (ECF No. 203) is **GRANTED** insofar as it seeks to relieve the attorneys who filed it.[1]  Ralph K. Burgess, Mark C. Burgess, and John Mark Burgess are hereby relieved as counsel of record for Separate Defendant Lynn Weems.  The Clerk of Court is **DIRECTED** to remove Ralph K. Burgess and Mark C. Burgess from the CM/ECF notification system for this case.[2]

Separate Defendant Lynn Weems shall have thirty (30) days from the date of entry of this

---

[1] To the extent that the motion to withdraw as counsel requests a hearing, that request is unnecessary and is denied.

[2] John Mark Burgess has not entered an appearance in this case, so the Clerk need not take any additional action for him.

order to notify the Court of her replacement counsel or the Court will assume that she is proceeding *pro se*. The Clerk of Court is directed to send to Separate Defendant Lynn Weems by certified mail a copy of this order, along with a copy of the manual for *pro se* litigants.

    **IT IS SO ORDERED**, this 24th day of February, 2022.

                                         /s/ Susan O. Hickey
                                         Susan O. Hickey
                                         Chief United States District Judge